UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDIARECOVER, LLC,

    Plaintiff,

v.      Case No. 8:07-cv-792-T-24MSS

ALEXANDER GRAU,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on Defendant's Unopposed Motion for Extension of Time (Doc. No. 15). Defendant seeks an extension of time within which to file and serve his reply to Plaintiff's Response to Defendant's Motion to Quash Summons or Alternatively, Motion to Dismiss (Doc. No. 13). The Court notes, however, that under Local Rule 3.01(c), Defendant cannot file a reply to Plaintiff's response without first seeking leave of this Court to file such reply. Defendant has not filed a motion seeking leave to file a reply, and as such, Defendant's Unopposed Motion for Extension of Time is **DENIED**.

    **DONE AND ORDERED** at Tampa, Florida, this 23rd day of July, 2007.

*[Signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record